UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KEITH HENDERSON, | Case No. 15-CV-1239 (ADM/SER) |
| Plaintiff, | |
| v. | ORDER |
| HILTON HALL; LT. ROBIN WIGGIN; CHIEF BRYANT; CHIEF WHISPER, FNL; SGT. B. FREEMAN; SGT. COX; WARDEN MELODY; WARDEN QUINN; SGT. WALKER; SGT. SONYA PEOPLE; SARAH MERAE, Case Manager; COUNSEL ISAAC; CAPTAIN FASION, FNU; and POWELL, Unit Manager, | |
| Defendants. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. After review of Plaintiff's objection received April 6, 2015, **IT IS HEREBY ORDERED** that:

1. This action be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1406(a).

2. Plaintiff Keith Henderson's application to proceed *in forma pauperis* be DENIED [ECF No. 2].

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: April 8, 2015         s/Ann D. Montgomery
                              Ann D. Montgomery
                              U.S. District Judge